UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=========================================X
JOSEPH MORREALE and MICHELLE
MORREALE,

                Plaintiff[s],                NOTICE OF FILING
                                                                      WAIVERS OF
        - against -                        SERVICE OF
                                                                    SUMMONS
MT. SINAI HOSPITAL, DAVID H. ADAMS, M.D.,
ANELECHI CHINEDU ANYANWU, M.D., JEFFERY
PAUL GUMPRECHT, M.D., "JOHN" PLOTKIND,                07 CIV. 3581
M.D., and JOHN DOES, No.'s 1 – 5,                               (MGC)(KNF)

                Defendants.
=========================================X

      PLEASE TAKE NOTICE that, pursuant to *Fed. R. Civ. P. 4 (d) (4)*, plaintiffs hereby file the following WAIVERS OF SERVICE OF SUMMONS executed by the defendants in this case and received by plaintiff's counsel on or about August 10, 2007:

        1. Waiver of Service of Summons, dated July 13, 2007, executed by defendant Mt. Sinai Hospital;

        2. Waiver of Service of Summons, dated July 16, 2007, executed by defendant David H. Adams, M.D.;

        3. Waiver of Service of Summons, dated July 16, 2007, executed by defendant Anelechi Chinedu Anyanwu, M.D.;

        4. Waiver of Service of Summons, dated August 6, 2007, executed by defendant Jeffery Paul Gumprecht, M.D.

PLEASE TAKE FURTHER NOTICE that the above listed WAIVERS OF SERVICE OF SUMMONS executed by the defendants are annexed to this notice as Exhibit A.  (*See, Exhibit A*.)

Dated: Larchmont, New York
October 9, 2007

Yours, etc.,

_____
**JOSEPH LANNI**           (JL 4234)
The Law Firm Of
JOSEPH LANNI, P.C.
Attorneys for Plaintiffs
JOSEPH MORREALE & MICHELLE MORREALE
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
(914) 834-6600
Fax:  (914) 834-0152

TO:

WILSON, ELSER, et al.
Attorneys for Defendants
MT. SINAI HOSPITAL, ADAMS, ANYANWU & GUMPRECHT
150 East 42nd St.
New York, N.Y. 10017


"JOHN" PLOTKIND, M.D.
& JOHN DOES, No.'s 1 – 5
(Defendants, currently unidentified, that have not been served with process and have not appeared in this action.)

## DECLARATION OF SERVICE
## PURSUANT TO 28 U.S.C. § 1746

      I, **JOSEPH LANNI**, an attorney duly admitted to practice before this Court, hereby certify, under the penalty of perjury, that the following is true and correct:

      I am over 18 years of age, I am not a party to the action, and I reside in Westchester County in the State of New York.

      I served a true copy of this document [NOTICE OF FILING WAIVERS OF SERVICE OF SUMMONS, dated October 9, 2007 w/ Exhibit A: Waivers of Service of Summons (dfts. Mt. Sinai Hosp., Adams, Anyanwu & Gumprecht)] on the date of October 9, 2007, by submitting same via electronic means to the Court Docket at NYSD_ECF_Pool@nysd.uscourts.gov and mailing the same via first class mail or the equivalent in a sealed envelope deposited in a post office or receptacle for mail provided by the U.S. Postal Service or via an express delivery courier service to the offices of counsel for the defendants located at the address indicated below:

TO:

WILSON, ELSER, et al.
Attorneys for Defendants
MT. SINAI HOSPITAL, ADAMS,
ANYANWU & GUMPRECHT
150 East 42nd St.
New York, N.Y. 10017

"JOHN" PLOTKIND, M.D.
& JOHN DOES, No.'s 1 – 5
(Defendants, currently unidentified, that have
not been served with process and have not
appeared in this action.)

Executed on October 9, 2007, in Larchmont, New York.

                                                                **JOSEPH LANNI**        (JL 4234)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=========================================X
JOSEPH MORREALE and MICHELLE
MORREALE,

                        Plaintiff(s)

           - against -                     *07 CIV. 3581*
                                               *(MGC)(KNF)*

MT. SINAI HOSPITAL, DAVID H. ADAMS, M.D.,
ANELECHI CHINEDU ANYANWU, M.D., JEFFERY
PAUL GUMPRECHT, M.D., "JOHN" PLOTKIND,
M.D., and JOHN DOES, No.'s 1 – 5,

                        Defendants.
=========================================X

# NOTICE OF FILING
# WAIVERS OF SERVICE
# OF SUMMONS

# THE LAW FIRM OF JOSEPH LANNI, P.C.

*Attorneys for Plaintiff[s]*
JOSEPH MORREALE and MICHELLE MORREALE
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538
Tel.:  (914) 834-6600
Fax:  (914) 834-0152

4