# WAIVER OF SERVICE OF SUMMONS

TO:  JOSEPH LANNI, ESQ.
     The Law Firm Of JOSEPH LANNI, P.C.
     138 Chatsworth Avenue, Suites 6 – 8
     Larchmont, New York 10538

    I acknowledge receipt of your request that I waive service of a summons in the action of MORREALE v. MT. SINAI HOSPITAL, ET AL., which is case number 07 CIV. 3581 (MGC) (KNF) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, civil cover sheet, electronic case filing instructions, Notice of Case Management and Scheduling Conference, Individual Practices of Judge Cedarbaum and case management plan form, two (2) copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within sixty (60) days after May 22, 2002 or within ninety (90) days after that date if this request was sent outside the United States.

Dated: New York, N.Y.
       8/6/07 , 2007

Signature: _____
           JEFFERY PAUL GUMPRECHT, M.D.

# WAIVER OF SERVICE OF SUMMONS

TO:    JOSEPH LANNI, ESQ.
The Law Firm Of JOSEPH LANNI, P.C.
138 Chatsworth Avenue, Suites 6 – 8
Larchmont, New York 10538

I acknowledge receipt of your request that I waive service of a summons in the action of MORREALE v. MT. SINAI HOSPITAL, ET AL., which is case number 07 CIV. 3581 (MGC) (KNF) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, civil cover sheet, electronic case filing instructions, Notice of Case Management and Scheduling Conference, Individual Practices of Judge Cedarbaum and case management plan form, two (2) copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within sixty (60) days after May 22, 2007 or within ninety (90) days after that date if this request was sent outside the United States.

Dated: New York, N.Y.

July 13, 2007

Signature: _____

as [President/Chief Executive Officer/ Authorized Agent] of Mt. Sinai Hospital

## WAIVER OF SERVICE OF SUMMONS

TO:   JOSEPH LANNI, ESQ.
      The Law Firm Of JOSEPH LANNI, P.C.
      138 Chatsworth Avenue, Suites 6 – 8
      Larchmont, New York 10538

   I acknowledge receipt of your request that I waive service of a summons in the action of MORREALE v. MT. SINAI HOSPITAL, ET AL., which is case number 07 CIV. 3581 (MGC) (KNF) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, civil cover sheet, electronic case filing instructions, Notice of Case Management and Scheduling Conference, Individual Practices of Judge Cedarbaum and case management plan form, two (2) copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within sixty (60) days after April 30, 2002 or within ninety (90) days after that date if this request was sent outside the United States.

Dated: New York, N.Y.
       July 16 , 2007

Signature: _____
           DAVID H. ADAMS, M.D.

## WAIVER OF SERVICE OF SUMMONS

TO:   JOSEPH LANNI, ESQ.
      The Law Firm Of JOSEPH LANNI, P.C.
      138 Chatsworth Avenue, Suites 6 – 8
      Larchmont, New York 10538

   I acknowledge receipt of your request that I waive service of a summons in the action of MORREALE v. MT. SINAI HOSPITAL, ET AL., which is case number 07 CIV. 3581 (MGC) (KNF) in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, civil cover sheet, electronic case filing instructions, Notice of Case Management and Scheduling Conference, Individual Practices of Judge Cedarbaum and case management plan form, two (2) copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within sixty (60) days after May 22, 2007 or within ninety (90) days after that date if this request was sent outside the United States.

Dated: New York, N.Y.
       July 16, 2007

                                            Signature: _____
                                                       ANELECHI CHINEDU ANYANWU, M.D.