UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOSEPH MORREALE and MICHELLE MORREALE,       07 CIV. 3581 (MGC) (KNF)

                        Plaintiffs,       **RULE 7.1 STATEMENT**

      -against-       Assigned to:
                                                          Judge Miriam Goldman
MT. SINAI HOSPITAL, DAVID H. ADAMS, M.D.,       Cedarbaum
ANELECHI CHINEDU ANYANWU, M.D.,
JEFFREY PAUL GUMPRECHT, M.D., "JOHN"
PLOTKIND, M.D., and JOHN DOES, Nos. 1-5,

                        Defendants.
-------------------------------------------------------------------x

     PURSUANT TO RULE 7.1 [formerly Rule 1.9] OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR THE MOUNT SINAI HOSPITAL, s/h/a MT. SINAI HOSPITAL, DAVID H. ADAMS, M.D., ANELECHI CHINEDU ANYANWU, M.D. and JEFFREY PAUL GUMPRECHT, M.D. (PRIVATE NON-GOVERNMENTAL PARTIES) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

     NONE.

Dated: New York, New York
       June 22, 2007

2862030.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
MICHAEL STEVENS (9623)
Attorneys for Defendants
THE MOUNT SINAI HOSPITAL, s/h/a
MT. SINAI HOSPITAL, DAVID H.
ADAMS, M.D., ANELECHI CHINEDU
ANYANWU, M.D. and JEFFREY
PAUL GUMPRECHT, M.D.
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File No. 22930.00925

TO: JOSEPH LANNI, P.C.
Attorneys for Plaintiffs
138 Chatsworth Avenue, Suites 6-8
Larchmont, New York 10538
(914) 834-6600

## CERTIFICATE OF SERVICE

    I, Michael N. Stevens, hereby certify that I electronically filed the attached *Rule 7.1 Statement* on behalf of defendants with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) electronically to the following:

Joseph Lanni, P.C.

Dated: October 26, 2007

                                                        Michael N. Stevens (MS 9623)